

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2014

No. 04-14-00531-CV

**IN THE INT OF RVM, NM, MBRC, RABC AND SRRC**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01410
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on October 20, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2014.

Keith E. Hottle
Clerk of Court